THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIGRUN E. HOLLIDAY,<br><br>    Plaintiff<br><br>vs.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant | 3:14-CV-00708<br><br>(Judge MARIANI) |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

    1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Sigrun E. Holliday as set forth in the following paragraph.

    2. The decision of the Commissioner of Social Security denying Sigrun E. Holliday disability insurance benefits is affirmed.

    3. The Clerk of Court shall close this case.

_____
Robert D. Mariani
United States District Judge

Date: June 12, 2015